**STATE of Missouri, Respondent,**

v.

**James R. HINES, Appellant.**

**No. WD 38447.**

Missouri Court of Appeals,
Western District.

July 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Fred Duchardt, Public Defender 17th Judicial Circuit, Liberty, for appellant.

William L. Webster, Atty. Gen., Kurt A. Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and MANFORD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for kidnapping, in violation of § 565.110 RSMo 1986, robbery, first degree, in violation of § 569.020, RSMo 1986, and stealing a motor vehicle, in violation of § 570.030, RSMo 1984.

Judgment affirmed. Rule 30.25(b).